IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )         8:10CR449
                               )
        v.                     )
                               )
JACOB DICKINSON,               )         ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 46). The Court notes the co-defendants have no objection to the motion and finds it should be granted. The co-defendants should file a written waiver of speedy trial as soon as practicable. Accordingly,

IT IS ORDERED that the motion to continue is granted; trial of this matter is rescheduled for:

**Tuesday, May 3, 2011, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will give the parties time to prepare for trial or pursue plea negotiations and will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between March 1, 2011, and May 3, 2011, shall be deemed excludable time in any computation of time under the

requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court